■ IN THE MATTER OF JACK LORENZO KELLOGG, a Disbarred Attorney.—Motion for reconsideration of application for reinstatement denied. Concur—Murphy, P. J., Kupferman, Asch, Smith and Rubin, JJ.